HYMAN H. GINSBURG, as Trustee, Respondent, *v.* AREND H. VON SEGGERN, Appellant.

*Ginsburg v. Von Seggern,* 59 App. Div. 595, affirmed.
(Argued November 20, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and an order denying a motion for a new trial.

*Edward W. S. Johnston* for appellant.

*Benjamin Tuska* and *Moses R. Ryttenberg* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

PRESIDENT, DIRECTORS AND FIRST COMPANY OF THE GREAT WESTERN TURNPIKE COMPANY, Appellant, *v.* MARTIN L. SHAFER, Respondent.

*Great Western Turnpike Co. v. Shafer,* 57 App. Div. 331, affirmed.
(Argued November 21, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1901, which affirmed a judgment of the Albany County Court affirming a judgment in favor of defendant entered upon a decision of the City Court of Albany.

*Frederick Townsend* for appellant.

*P. E. Du Bois* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.